# EXHIBIT 1

```
 1  ZHENG LIU (SBN: 229311)
    RIMON P.C.
 2  800 Oak Grove Avenue Suite, 250
 3  Menlo Park, California  94025
 4  Telephone/Facsimile: (650) 461-4433

 5  ERIC C. COHEN (Pro Hac Vice Forthcoming)
 6  eric.cohen@rimonlaw.com
    LETAO QIN (Pro Hac Vice Forthcoming)
 7  letao.qin@rimonlaw.com
 8  RIMON P.C.
    2530 Meridian Parkway, #300
 9  Durham, North Carolina  27713
10  Telephone/Facs2imile: 919.241.7495

11  Attorney for Defendant MOTI 5, INC.
12
13              UNITED STATES DISTRICT COURT
14              CENTRAL DISTRICT OF CALIFORNIA
15
```

| | |
|---|---|
| CHENGDU FURINKAZAN AUTOMOBILE SERVICE CO., LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> MOTI 5, INC.; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:19-cv-04627-CJC-JEM <br><br> **DECLARATION OF COLIN SHAO IN SUPPORT OF DEFENDANT MOTI 5, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR IMPROPER VENUE, AND NO PERSONAL SERVICE** <br><br> Date: September 9, 2019 <br> Time: 1:30 p.m. <br> Place: Courtroom 7C <br><br> The Honorable Cormac J. Carney |

**EXHIBIT 1**

DECLARATION OF COLIN SHAO IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Colin Shao declares under penalty of perjury as follows:

1. I am the General Manager of Moti 5, Inc. ("Moti 5") and have personal knowledge of the facts set forth below.

2. Moti 5 is a corporation of the State of New York. Exhibit 2 is a page from the website maintained by the New York Secretary of state providing the following information about Moti 5, which is true and correct:

> Moti 5, Inc.
> New York Corporation
> 136-20 38th Avenue, Suite 3C
> Flushing, New York   11354

3. Moti 5 does not have a place of business in California.

4. Moti 5 does not own the facility located at 11715 Clark St., Arcadia CA 91006. Arion Service Solutions ("Arion") owns and controls the facility at 11715 Clark St., Arcadia, California 91006. Moti 5 has entered a "Standard Contract Conditions and Terms for Warehouse" with Arion, a copy of which is Exhibit 6. Moti 5 does not own or control Arion or the facility at 11715 Clark St., Arcadia, California 91006.

5. Moti 5 does not sell any of the products accused of infringement in the Complaint.

6. Ms. Anita Chang is not employed by Moti 5.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this <u>25</u> day of July, 2019, at <u>Changzhou City</u>, <u>China</u>.

*[Signature: Colin Shao]*

Colin Shao
General Manager, Moti 5, Inc.

---

2
DECLARATION OF COLIN SHAO IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS