# EXHIBIT 4



INHOUSE CO. LAW FIRM

REPLY to:

ALEXANDER CHEN

Direct DIAL: 714-932-6659

ALEXC@INHOUSECO.COM

YARDHOUSERESTAURANTBUILDING
7700 IRVINE CENTER DR., SUITE 800
IRVINE, CA 92618
TEL: 949-250-1555 * FAX: 714-882-7770

ALMADEN FINANCIAL PLAZA
1 ALMADEN BLVD SUITE 810
SAN JOSE, CA 95113
TEL: 408-918-5393 * Fax: 408-918-5373

<u>IMPORTANT ATTORNEY COMMUNICATION</u>

VIA EMAIL

July 12, 2019

Eric C. Cohen, Esq.
Rimon P.C.
2530 Meridian Parkway, Ste. 300
Durham, NC 27713
eric.cohen@rimonlaw.com

    Re: *Chengdu Furinkazan Automobile Service Co., Ltd., v. Moti 5, Inc.*
        CAND Case No. 2:19-cv-04627-CJC-JEM

Dear Mr. Cohen,

    We are in receipt of your July 1, 2019 letter regarding the above-referenced case. We disagree with both of your assertions regarding venue and infringement, and will not be dismissing the case.

    Regarding venue, you provide no substantive evidence in your letter in support of venue being proper elsewhere, not so much as your client's purported address in New York or at the very least the New York district in which you believe they reside. The issue of venue could easily be adjudicated with limited discovery in the context of a motion to dismiss as you suggest, and we will oppose the motion you clearly intend to file once you file it.

    Whether or not your client's design infringes our client's patent is a question of fact that will be answered after the opportunity for full discovery. It is premature at this point to argue about the ultimate issues in the case. We disagree that the designs are sufficiently distinct such that there is no way that they could appear substantially the same to an ordinary observer under the *Egyptian Goddess* test.

Exhibit 4 - Page 1 of 2

Eric C. Cohen, Esq.
July 12, 2019

If you wish to discuss this matter further, please contact the undersigned.

Sincerely Yours,

InHouse Co.

Alexander Chen, Esq.

CC: Client

Exhibit 4 - Page 2 of 2