# EXHIBIT 5



July 15, 2019

Sent via e-mail to: alexe@inhouseco.com

**Re**: *Chengdu Furinkazan Automobile Service Co., Ltd. v. Moti 5, Inc.*,
2:19-cv-04627-CJC-JEM (C.D. Cal.)

Alexander Chen, Esq.
Inhouse Co. Law Firm
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618

Dear Mr. Chen:

This is in response to your letter of July 12, 2019.

The plaintiff bears the burden of demonstrating the propriety of venue in the chosen judicial district. See Piedmont Label Co. v. Sun Garden Packing Co., 598 F.2d 491, 496 (9th Cir. 1979); Murphy v. Schneider Nat'l, Inc., 362 F.3d 1133, 1138 (9th Cir. 2004). All well- pleaded allegations in the complaint are accepted as true, unless they are contradicted by defendant's evidence. Mainstay Bus. Sols. v. Indus. Staffing Servs., Inc., No. CIV S-10-3344 KJM GGH, 2012 WL 44643, at *2 (E.D. Cal. Jan. 9, 2012). A court may examine facts outside the complaint to determine whether venue is proper. Murphy, 362 F.3d at 1137. Further, a court must draw all reasonable inferences and resolve all factual conflicts in favor of the plaintiff. Id. at 1138.

You argue that we have not provided "substantive evidence . . . in support of venue being proper elsewhere, not so much as [our] client's purported address in New York . . . ." There was no need for us to provide that information to you because it is a matter of public record, which you can easily obtain from the New York Secretary of State's Office. Attached as Exhibit 1 is a copy of Moti 5, Inc.'s registration with the New York State Department of State's Office, which shows that the address of Moti 5, Inc. Is 136-20, 38th Avenue, Suite 3C, Flushing, New York 11354.

Further, we represent that the following are true: (1) Moti 5 does not have a place of business in California; (2) The business located at 11715 Clark St., Arcadia CA 91006 is not owned by Moti 5; (3) Moti 5 does not sell products through the website amoffroad.com; (4) Moti 5 does not sell products through Amazon.com; (5) Ms. Anita Chang, who was served with the summons and complaint, is not employed by Moti 5.

Now that we have provided this information to you, please dismiss the case against Moti 5, Inc. If, in view of the foregoing facts, you contend that you have any basis for opposing our motion to dismiss, please provide us any facts that you will allege in support of your opposition to the motion. Otherwise, we will assume, and will inform the Court, that you have no basis for opposing our motion to dismiss.

ERIC C. COHEN
2530 Meridian Parkway, Suite 300, Durham, NC 27713
P: (800) 930-7271 x398 | D: (984) 960-2860 | F: (984) 960-2860 | ericcohen@rimonlaw.com

Exhibit 5 - Page 1 of 2



Alexander Chen
July 1, 2019

Please respond to this letter by close of business on July 17, 2019.

Very truly yours,

Rimon P.C.

By: _____
    Eric C. Cohen