# EXHIBIT 6



# Arion Service Solutions

## Fulfillment, Logistics, and Warehousing

11715 Clark St.
Arcadia, California 91006
Tel (626) 239-0808
Fax (626) 239-0909

Exhibit 6 Page 1 of 8



# Fulfillment, Logistics, and Warehousing

# Customer: MOTI 5, INC

136-20 38th Avenue, Suite 3C

Flushing, NY 11354

Exhibit 6 Page 2 of 8



# Table of Contents

**Standard Contract Terms and Conditions for Warehouse**
Sect. 1 - Acceptance ................................................................................................... Pg. 4
Sect. 2 - Shipments From and To Warehouse ............................................................. Pg. 4
Sect. 3 - Storage Period and Charges .......................................................................... Pg. 4
Sect. 4 - Tender of Goods............................................................................................ Pg. 4
Sect. 5 - Transfer, Termination of Storage, Removal of Goods.................................. Pg. 4
Sect. 6 - Delivery......................................................................................................... Pg. 4
Sect. 7 - Handling ........................................................................................................ Pg. 4
Sect. 8 - Extra Services (Special Services).................................................................. Pg. 4
Sect. 9 - Bonded Storage ............................................................................................. Pg. 5
Sect. 10 - Minimum Charges....................................................................................... Pg. 5
Sect. 11 - Liability and Limitation of Damages .......................................................... Pg. 5
Sect. 12 - Notice of Claim and Filing of Suit .............................................................. Pg. 5
Sect. 13 - Liability for Consequential Damages.......................................................... Pg. 5
Sect. 14 - Liability for Miss-shipment and Mislabeling.............................................. Pg. 5
Sect. 15 - Mysterious Disappearance .......................................................................... Pg. 5
Sect. 16 - Right to Store Goods................................................................................... Pg. 5
Sect. 17 - Accurate Information .................................................................................. Pg. 5
Sect. 18 - Notices......................................................................................................... Pg. 5
Sect. 19 - Severability and Waiver.............................................................................. Pg. 5
Sect. 20 - Attorney Fees & Costs Lien ........................................................................ Pg. 5
Sect. 21 - Document Title............................................................................................ Pg. 5
Sect. 22 - Governing Law and Jurisdiction ................................................................. Pg. 5
Sect. 23 - Lien ............................................................................................................. Pg. 5

**Standard Warehouse and Fulfillment Pricing**
Table 1 - Standard Warehouse Services and Charges ................................................. Pg. 6
Sect. 1 - Conditions ..................................................................................................... Pg. 7
Sect. 2 - Hourly Charges and Normal Operating Hour ............................................... Pg. 7
Sect. 3 - Packaging Supplies and Incidentals .............................................................. Pg. 7
Sect. 4 - Specific Services and Charges ...................................................................... Pg. 7
Sect. 5 - Disclosures .................................................................................................... Pg. 8
Sect. 6 - Contract and Rates Accepted and Agreed to................................................. Pg. 8



# Standard Contract Conditions and Terms for Warehouse

**ACCEPTANCE – Sec. 1**
(a) This Contract, including accessorial charges that may be attached hereto, must be accepted within 30 days from the proposal date by signature of Depositor  In the absence of written(f) acceptance, the act of tendering goods described herein (the "Goods") for storage or other services by Warehouse within 30 days from the proposal date shall constitute acceptance by Depositor  Depositor represents and warrants that it has had the opportunity to inspect and review the warehouse facility ("Facility")
In the event that goods tendered for storage or other services do not conform to the description contained herein, or conforming goods are tendered after 30 days from the proposal date without prior written acceptance by Depositor as provided in paragraph (a) of this section, Warehouse may refuse to accept such goods  If Warehouse accepts such goods, Depositor agrees to charges and rates as may be assigned and invoiced by Warehouse and to all terms of this Contract
(b) Any goods accepted by Warehouse shall constitute Goods under this Contract
(c) This Contract may be canceled by either party upon 30 days written notice  This contract shall be automatically terminated if no services or other storages are performed under this Contract for a period of 180 consecutive days

**SHIPMENTS FROM AND TO WAREHOUSE – Sec. 2**
Depositor agrees that all goods shipped to Warehouse shall identify Depositor on the bill of lading or other contract of carriage as the named consignee, in care of Warehouse, and shall not identify Warehouse as the consignee  If, in violation of this agreement, Goods are shipped to Warehouse as named consignee on the bill of lading or other contract of carriage, Depositor agrees to immediately notify carrier in writing, with copy of such notice to Warehouse, that Warehouse named as consignee is the "in care of party" only and has no beneficial title or interest in the Goods, Warehouse is not a party to or beneficiary of the transportation contract and is not the consignee / shipper of such goods  Depositor further agrees that, if it fails to notify carrier as required by this Section 2 before delivery to Warehouse, Warehouse shall have the right to refuse such Goods and shall not be liable for any damage, loss, or mis-consignment of any nature to, or related to, such Goods  Whether Warehouse accepts or refuses goods shipped in violation of this Section 2, Depositor agrees to hold and indemnify Warehouse harmless from all claims for handling, storage, transportation and other charges relating to such Goods, including rail demurrage, truck/intermodal detention, undercharges and other charges of any nature whatsoever

**STORAGE PERIOD AND CHARGES – Sec. 3**
(a) Unless otherwise agreed to in writing by Warehouse, all charges for storage are per package or other agreed unit per month
(b) Storage charges become applicable upon the date that Warehouse accepts care, custody and control of the Goods, regardless of unloading date or date of issue of warehouse receipt
(c) Except as provided in paragraph (d) of this section, a full month's storage charge will apply on all Goods received between the first and the 15th, inclusive, of a calendar month; one-half month's storage charge will apply on all Goods received between the 16th and the last day, inclusive, of a calendar month, and a full month's storage charge will apply to all goods in storage on the first day of the next and succeeding calendar months  All storage charges are due and payable on the first day of storage for the initial month and thereafter on the first day of the calendar month
(d) When mutually agreed in writing by Depositor and Warehouse, a storage month shall extend from a date in one calendar month to, but not including, the same date of the next and all succeeding months  All storage charges are due and payable on the first day of the storage month

**TENDER OF GOODS – Sec. 4**
(a) All Goods shall be delivered at the Facility properly marked and packaged for storage and handling  The Depositor shall furnish at or prior to such delivery, a manifest showing marks, brands, or sizes to be kept and accounted for separately and the class of storage and other services desired

**TERMINATION, TRANSFER OF STORAGE, REMOVAL OF GOODS - Sec. 5**
(a) Instructions to transfer Goods on the books of the Warehouse are not effective until delivered to and accepted by Warehouse, and all charges up to the time transfer is made are chargeable to the Depositor  Any transfer involving rehandling the Goods shall be subject to a charge  When Goods in storage are transferred from one party to another through issuance of a new warehouse receipt, a new storage date is established on the date of transfer
(b) The Warehouse reserves the right not to deliver or transfer Goods to or for the account of others except upon receipt of written instructions properly signed by Depositor
(c) The Warehouse reserves the right to move, at its expense, 14 days after notice is sent by certified mail or overnight delivery to the Depositor or to the last known holder of the negotiable warehouse receipt, any Goods in storage from the Facility in which they may be stored to any other of Warehouse's Facilities  Warehouse will store the Goods at, and may without notice move the Goods within and between, any one or more of the warehouse buildings which comprise the Facility identified on the front of this Contract
(d) Warehouse may, upon written notice of no less than 30 days to the Depositor and any other person actually known by Warehouse to claim an interest in the Goods, require the removal of any Goods  Such notice shall be given to the last known place of business of the person to be notified  If Goods are not removed before the end of the notice period, Warehouse may sell them in accordance with applicable law
(e) If Warehouse in good faith believes that the Goods are about to deteriorate or

decline in value to less than the amount of Warehouse's lien before the end of the 30-day notice period referred to in section 5(d), Warehouse may specify in the notification any reasonable shorter time for the removal of the Goods and if the Goods are not removed, may

sell them at public sale held one week after a single advertisement or posting as provided by law
(f) If as a result of a condition or quality of the Goods of which the Warehouse had no notice at the time of deposit the Goods are a hazard to other property or to the Facility or to persons, the Warehouse may sell the Goods at public or private sale without advertisement on reasonable notification to all persons known to claim an interest in the Goods  If Warehouse after a reasonable effort is unable to sell the Goods it may dispose of them in any lawful manner and shall incur no liability by reason of such disposition  Pending such disposition, sale or return of the Goods, the Warehouse may remove the Goods from the Facility and shall incur no liability by reason of such removal
(g) If any storage charge or fee due under this Agreement is not paid within 30 days of the due date, Arion Service Solutions has the following additional rights: (a) to terminate the Agreement with written notice and to charge in the meantime a monthly storage fee (b) to charge the Customer the full costs of removal of the Goods from the Storage warehouse (c) After making reasonable attempts to reach the customer without any respond back from customer, to consider the goods in the Storage unit as abandoned goods and to dispose of these goods at Arion Service Solutions sole discretion

**DELIVERY – Sec. 6**
(a) No goods shall be delivered or transferred except upon receipt by the Warehouse of Depositor's complete written instructions  Written instructions shall include, but are not limited to, EDI, FAX, TWX, E-mail or similar communication, provided Warehouse has no liability when relying on the information contained in the communication as received  Goods may be delivered upon instruction by telephone in accordance with Depositor's prior written authorization, but the Warehouse shall not be responsible for error or loss occasioned thereby
(b) When Goods are ordered out, a reasonable time shall be given the Warehouse to carry out instructions, and if it is unable because of acts of civil commotions, God, lockouts, public enemies, riots, seizure under legal process, strikes, war, or any reason beyond the Warehouse's control, or because of loss or damage of Goods for which Warehouse is not liable, or because of any other excuse provided by law, the Warehouse shall not be liable for failure to carry out such instructions and Goods remaining in storage will continue to be subject to regular storage charges
(c) If Warehouse has exercised reasonable care and is unable, due to causes beyond its control, to affect delivery before expiration of the current storage period, the Goods will be subject to storage charges for each succeeding storage period
(d) All instructions and requests for delivery of Goods or transfer of title are received subject to satisfaction of all charges, liens and security interests of Warehouse with respect to the goods whether for accrued charges or Advances or otherwise
(e) Warehouse may require, as a condition precedent to delivery, a statement from Depositor holding Warehouse harmless from claims of others asserting a superior right to Depositor to possession of the Goods  Nothing herein shall preclude Warehouse from exercising any other remedy available to it under the law to resolve conflicting claims to possession of the Goods
(f) All costs, including attorney's fees, incurred by Warehouse relating in any way to Warehouse's activities referred to in Section 7(all) shall be charged to Depositor and shall, for purposes of Section 20 below, be considered "charges present or future with respect to such Goods" and shall attach as a lien on the Goods

**HANDLING – Sec. 7**
(a) The handling charge covers the ordinary labor involved in receiving Goods at warehouse door, placing Goods in storage, and returning Goods to warehouse door  Handling charges are due and payable on receipt of Goods
(b) Unless otherwise agreed, labor for unloading and loading Goods will be subject to a charge  Additional expenses incurred by the Warehouse in receiving and handling damaged Goods, and additional expense in unloading from or loading into cars or other vehicles not at warehouse door will be charged to the Depositor
(c) Labor and materials used in loading rail cars or other vehicles are chargeable to the Depositor
(d) When Goods are ordered out in quantities less than in which received, the Warehouse may make an additional charge for each order or each item of an order in accordance with the rates set forth herin
(e) The Warehouse shall not be liable for any demurrage or detention, any delays in unloading inbound cars, container or other trailer, or any delays in obtaining and loading cars, container or other trailers for outbound shipment unless Warehouse has failed to exercise reasonable care

**EXTRA SERVICES (SPECIAL SERVICES) – Sec. 8**
(a) Warehouse labor required for services other than ordinary handling and storage will be charged to the Depositor
(b) Special services requested by Depositor including but not limited to compiling of special stock statements; reporting marked weights, serial numbers or other data from packages; physical check of Goods; and handling transit billing will be subject to a charge
(c) Bracing, dunnage, packing materials or other special supplies, may be provided for the Depositor at a charge in addition to the Warehouse's cost
(d) By prior arrangement, Goods may be received or delivered during other than usual business hours, subject to additional charges
(e) Communication expenses including overnight delivery, postage, or telephone will be charged to the Depositor if such concern more than normal inventory reporting or if, at the request of the Depositor, communications are made by other than regular United States Mail

4

Exhibit 6 Page 4 of 8

Initials __LS__ / ____
 Depositor/Arion



(f) In the event of damage or threatened damage to the Goods, Depositor shall pay all reasonable and necessary costs of protecting and preserving the Goods  When the costs of protecting and preserving stored property are attributable to more than one Depositor, said costs shall be apportioned among all affected Depositors on a pro rata basis to be determined by the Warehouse

**BONDED STORAGE – Sec. 9**
(a) A charge in addition to regular rates will be made for merchandise in bond
(b) Where a warehouse receipt covers Goods in U S  Customs bond, such receipt shall be void upon the termination of the storage period fixed by law

**MINIMUM CHARGES – Sec. 10**
(a) A minimum handling charge per lot and a minimum storage charge per lot per month will be made  When a warehouse receipt covers more than one lot or when a lot is in assortment, a minimum charge per mark, brand, or variety will be made
(b) A minimum monthly charge to one account for storage and/or handling will be made  This charge will apply also to each account when one customer has several accounts, each requiring separate records and billing

**LIABILITY AND LIMITATION OF DAMAGES – Sec. 11**
**(a) WAREHOUSE SHALL NOT BE LIABLE FOR ANY LOSS OR DAMAGE TO GOODS HANDLING, STORED OR TENDERED HOWEVER CAUSED UNLESS SUCH DAMAGE OR LOSS RESULTED FROM THE FAILURE BY WAREHOUSE TO EXERCISE SUCH CARE IN REGARD TO THEM AS A REASONABLY CAREFUL WAREHOUSE WOULD EXERCISE UNDER LIKE CIRCUMSTANCES AND WAREHOUSE IS NOT LIABLE FOR DAMAGES WHICH COULD NOT HAVE BEEN AVOIDED BY THE EXERCISE OF SUCH CARE.**
**(b) GOODS ARE NOT INSURED BY THE WAREHOUSE AGAINST DAMAGE OR LOSS HOWEVER CAUSED.**
**(c) DEPOSITOR and WAREHOUSE agree that WAREHOUSE'S duty of care referred to in SECTION 11(a) above does not extend to providing a sprinkler system at the warehouse complex or any portion thereof.**
**(d) UNLESS SPECIFICALLY AGREED TO IN WRITING, WAREHOUSE SHALL NOT BE REQUIRED TO STORE GOODS AS IN A HUMIDITY CONTROLLED ENVIRONMENT OR BE RESPONSIBLE FOR TEMPERING GOODS.**
**(e) IN THE EVENT OF LOSS, DAMAGE OR DESTRUCTION TO GOODS FOR WHICH THE WAREHOUSE IS LEGALLY LIABLE, DEPOSITOR DECLARES THAT WAREHOUSE'S LIABILITY SHALL BE LIMITED TO THE LESSER OF THE FOLLOWING: (1) THE ACTUAL COST TO DEPOSITOR OF REPLACING, OR REPRODUCING THE DAMAGED, LOST AND/OR DESTROYED GOODS (2) THE FAIR MARKET VALUE OF THE DAMAGED, LOST AND/OR DESTROYED GOODS ON THE DATE DEPOSITOR IS NOTIFIED OF DAMAGE, LOST AND/OR DESTRUCTION (3) 10 TIMES THE MONTHLY STORAGE CHARGE APPLICABLE TO SUCH DAMAGE, LOSS AND/OR DESTROYED GOODS, (4) $0.50 PER POUND FOR SAID DAMAGED, LOST AND/OR DESTROYED GOODS. PROVIDED, HOWEVER THAT WITHIN A REASONABLE TIME AFTER RECEIPT OF THIS WAREHOUSE RECEIPT, DEPOSITOR MAY, UPON WRITTEN REQUEST INCREASE WAREHOUSE'S LIABLTY ON PART OR ALL OF THE GOODS IN WHICH CASE AN INCREASED CHARGE WILL BE MADE BASED UPON SUCH INCREASED VALUATION; FURTHER PROVIDED THAT NO SUCH REQUEST SHALL BE VALID UNLESS MADE BEFORE LOSS, DAMAGE OR DESTRUCITON TO ANY PORTION OF THE GOODS HAS OCCURRED.**
**(f) THE WAREHOUSE'S LIABILITY REFERRED TO IN SECTION 12(e) SHALL BE DEPOSITOR'S EXCLUSIVE REMEDY AGAINST WAREHOUSE FOR ANY CLAIM OR CAUSE OF ACTION WHATSOEVER RELATING TO DAMAGE, LOST AND/OR DESTRUCTION OF GOODS AND SHALL APPLY TO ALL CLAIMS INCLUDING INVENTORY SHORTAGE AND MYSTERIOUS DISAPPEARANCE CLAIMS UNLESS DEPOSITOR PROVES BY AFFIRMATIVE EVIDENCE THAT WAREHOUSE CONVERTED THE GOODS TO ITS OWN USE. DEPOSITOR WAVIES ANY RIGHTS TO RELY UPON ANY PRESUMPTION OF CONVERSION IMPOSED BY LAW. IN NO EVENT SHALL DEPOSITOR BE ENTITLED TO CONSEQUENTIAL DAMAGES INCIDENTAL, PUNITIVE OR SPECIAL.**
**(g)WHERE LOSS OR DAMAGE OCCURS TO TENDERED, STORED OR HANDLED GOODS, FOR WHICH WAREHOUSE IS NOT LIABLE, THE DEPOSITOR SHALL BE RESPONSIBLE FOR THE COST OF REMOVING AND DISPOSING OF SUCH GOODS AND THE COST OF ANY ENVIRONMENTAL CLEAN UP AND SITE REMEDIATION RESULTING FROM THE LOSS OR DAMAGETO THE GOODS.**
DEPOSITOR AGREES THAT IT MAY NOT OFFSET DAMAGES CLAIMS AGAINST AMOUNTS OWED TO WAREHOUSE WITHOUT PRIOR WRITTEN AGREEMENT WITH WAREHOUSE.

**NOTICE OF CLAIM AND FILING OF SUIT – Sec. 12**
(a) Claims by the Depositor and all other persons must be presented in writing to the Warehouse within a reasonable time, and in no event longer than either 60 days after delivery of the Goods by the Warehouse or 60 days after Depositor or the last known holder of a negotiable warehouse receipt is notified by the Warehouse that loss or damage to part or all of the Goods has occurred, whichever time is shorter
(b) No action may be maintained by the Depositor or others against the Warehouse for damage or lost to the Goods stored unless timely written claim has been given as provided in paragraph (c) of this section and unless such action is commenced either within nine months after date of delivery by Warehouse or within six months after Depositor or the last known holder of a negotiable warehouse receipt is notified that loss or damage to part or all of the Goods has occurred, whichever time is shorter
(d) When Goods have not been delivered, notice may be given of known loss or damage to the Goods by mailing of a registered or certified letter to the Depositor or to the last known holder of a negotiable warehouse receipt  Time limitations for presentation of claim in writing and maintaining of action after notice begin on the date of mailing of such notice by Warehouse
(d)   (e) As a condition precedent to making any claim and/or filing any suit, Depositor shall provide Warehouse with a reasonable opportunity to inspect the Goods which are the basis of Depositor's claim

**LIABILITY FOR CONSEQUENTIAL DAMAGES – Sec. 13**
Warehouse shall not be liable for any loss of profit or consequential damage, indirect or special damages of any kind

**LIABILITY FOR MISS-SHIPMENT AND MISLABELING– Sec. 14**
If Warehouse negligently misships and/or mislabels Goods, the Warehouse shall pay the reasonable transportation charges incurred to return the misshipped and/or mislabeled Goods to the Facility  If the consignee fails to return the Goods, Warehouse's maximum liability shall be for the damaged or lost Goods as specified in Section 11 above, and Warehouse shall have no liability for damages due to the consignee's acceptance or use of the Goods whether such Goods be those of the Depositor or another

**MYSTERIOUS DISAPPEARANCE – Sec. 15**
Warehouse shall be liable for loss of Goods due to inventory shortage or unexplained or mysterious disappearance of Goods only if Depositor establishes such loss occurred because of Warehouse's failure to exercise the care required of Warehouse under Section 11 above  Any presumption of conversion imposed by law shall not apply to such loss and a claim by Depositor of conversion must be established by affirmative evidence that the Warehouse converted the Goods to the Warehouse's own use

**RIGHT TO STORE GOODS – Sec. 16**
Depositor represents and warrants that Depositor is lawfully possessed of the Goods and has the authority and right to store them with Warehouse  Depositor agrees to hold and indemnify harmless the Warehouse from all loss, cost and expense (including reasonable attorneys' fees) which Warehouse pays or incurs as a result of any dispute or litigation, whether instituted by Warehouse or others, respecting Depositor's right, title or interest in the Goods  Such amounts shall be charges in relation to the goods and subject to Warehouse's lien

**ACCURATE INFORMATION – Sec. 17**
Depositor will provide Warehouse with information concerning the Goods which is accurate, complete and sufficient to allow Warehouse to comply with all laws and regulations concerning the storage, handling and transporting of the Goods  Depositor will hold and indemnify Warehouse harmless from all cost, expenses, loss, and penalty (including reasonable attorneys' fees) which Warehouse pays or incurs as a result of Depositor failing

to fully discharge this obligation

**NOTICES – Sec. 18**
All written notices provided herein may be transmitted by any commercially reasonable means of communication including certified or registered mail and d'rected to Warehouse at the address on the front hereof and to Depositor at its last known address  Depositor is presumed to have knowledge of the contents of all notices transmitted in accordance with this Section within five days of transmittal or actual receipt if earlier

**SEVERABILITY and WAIVER – Sec. 19**
(a) If any provision of this Contract, or any application thereof, should be construed or held to be invalid, void, or unenforceable, by decree, judgment or order, or of a court of competent jurisdiction, the remaining provisions of this Contract shall not be affected thereby but shall remain in full force and effect
(b) Warehouse's failure to require strict compliance with any provision this Contract shall not constitute a estoppels or waiver to later demand strict compliance with that or any other provision(s) of this Contract
(c) The provisions of this Contract shall be binding upon the assigns, executors, heirs, and successors of both Depositor and Warehouse; contain the sole agreement governing Goods tendered to the Warehouse; and, cannot be modified except by a writing signed by Depositor and Warehouse

**ATTORNEY FEES AND COSTS - Sec. 20**
In any action incurred to enforce this contract, collect monies due or defend services provided according to the contract, the prevailing party shall be entitled to reasonable attorney's fees and costs resulting there from

**DOCUMENT TITLE - Sec. 21**
Documents of title, including warehouse receipts, may be issued either in electronic or physical form at the option of the parties

**GOVERNING LAW AND JURISDICTION - Sec. 22**
This Contract and the legal relationship between the parties hereto shall be governed by and construed in accordance with the substantive laws of the state where the Facility is located, including article 7 of the Uniform Commercial Code as ratified in that state, notwithstanding its conflict of laws rules  Any lawsuit or other action involving any dispute, claim or controversy relating in any way to this Contract shall be brought only in the appropriate state or federal court in the state where the Facility is located

**LIEN - Sec. 23**
Warehouse shall have a general warehouse lien for all lawful charges for preservation of the Goods and storage; also for all lawful claims for insurance, interest, labor, money advanced, transportation, weighing coopering, and other charges and expenses in relation to such Goods, and for the balance on any other accounts that may be due  Warehouse further claims a general warehouse lien for all such charges, advances and expenses with respect to any other Goods stored by Depositor in any other facility owned or operated by Warehouse  In order to protect its lien, Warehouse reserves the right to require advance payment of all charges prior to shipment of Goods

**The parties acknowledge the Limitation of Liability and Damages in Section 11.**

Exhibit 6 Page 5 of 8

Initials _LS_ / ____
                 Depositor/Arion



# Standard Warehouse Services and Charges

## Table

| Receiving | | |
|---|---|---|
| Per Inbound - by pallet | $ | REDACTED |
| (with direct forklift access for lifting or with 4 ways pallet) | | |
| Per Inbound Unit Floor Load - Per container 20' | $ | |
| Per Inbound Unit Floor Load - Per container 40' | $ | |
| (Including carton counts , Sku sorting and receiving into our warehouse inventory system) | | |
| Product Sortin ( 10 SKU free) 10+ SKU /Container | $ | |
| **Shipping** | | |
| Per outbound pallet - Standard Size 40 x 48 x 84 (each) | $ | |
| Per Carton ( no larger than 24 x 24 x 16) | $ | |
| Courier Freight Rate (LTL/ FTL) | | REDACTED |
| **Order Processing and Fulfillment Services** | | |
| Order Processing per Order | $ | REDACTED |
| Labeling (each) | $ | |
| Re-palletizing | $ | |
| Special Project / Customer service with Client's customer (per hour / per man power) | $ | |
| **Storage Fee** | | |
| Per each standard pallet / Month  40 x 48 x 84 ( double stackable) | $ | |
| Per each standard pallet / Month  40 x 48 x 84 ( single stack) | $ | |
| Per Each Oversize Pallet  72 x 48 x 48  Max 1600 Lbs (Double stackeble) | $ | |
| Long Term Storage | | |
| **Material** | | |
| Pallet + Shrink Wrap ( if needed) 4 ways 40 x 48 | $ | |
| **Monthly Service Minimum Charge** | | Waived |

Cross Docking - REDACTED

### OUR ADVANTAGES

1. For Type 14 storage, unlike others beverage warehouse, we do accept short term storage
2. We do not apply the minimum charge of REDACTED per account if client did not reach or generate enough sales with Arion/Month
3. Client's agrees to add Arion Product Solutiosn or Arion Service Solutions as an additional insured in clien'ts Commercial General Liability Policy including product liability in a minimun liability limit of REDACTED REDACTED



1. CONDITIONS
    (a) All storage pricing is based upon a standard 40" x 48" pallet. Additional charge will apply for non-standard pallets.
    (b) Bill of Lading and Manifest of contents are to be received by Warehouse before arrival of inbound shipments.
    (c) Partial pallets are rounded up to the whole pallet for storage charges.
    (d) Receiving will be by standing appointment, except for after hours or holiday receiving which require written notice.
    (e) For charges covering clerical support, labor services or handling services, and charges for outside regular operating hours, refer to Paragraph 3.
    (f) Payment terms are 1 day from date of invoice.
    (g) A finance charge of REDACTED per month and 18% per year or minimum of REDACTED (whichever is greater) will be charged on all overdue accounts.
    (h) Split monthly charges shall apply. Product received after the 15th to the end of the calendar month will be charged one half of the monthly storage fee.
    (i) The term of this Agreement is for one year from the date of acceptance of Goods, then will continue yearly thereafter unless terminated earlier in accordance with this contract. Either party can give 30 days' notice to terminate this agreement.
    (j) Taxes: Customer shall pay, defend, indemnify, and hold Arion Service Solutions and its affiliates harmless from and against all sales, use, personal property, or other taxes (including any penalties, fines or interest thereon).

2. HOURLY CHARGES AND NORMAL OPERATING HOURS
    (a) Charges will apply when the Depositor requests administrative and operational services that are not covered in this Agreement, including initial setup of account and services performed outside normal operating hours. *Supervision will be required when work is requested for Saturday, Sunday and Holidays or outside of normal business hours.
    (b) Holiday schedule includes New Year's Day, Memorial Day, July 4th, Labor Day, Thanksgiving Day, Christmas Day and two floating days, to be determined by Warehouse.
    (c) Normal operating hours are Monday thru Friday 8:30 A.M. to 5:00 P.M.
    (d) Warehouse Hourly Charges.

| | MON-FRI REGULAR | MON-FRI OVERTIME | SUN & HOLIDAYS OVERTIME |
|---|---|---|---|
| Clerical | REDACTED | | |
| Warehouseman | REDACTED | | |
| Supervisor | REDACTED | | |

3. PACKAGING INCIDENTALS AND SUPPLIES
    (a) Incidentals and Supplies will be furnished by the Depositor at the Depositor's expense when those items are specific to the Depositor's product line or specific Customer requirements. This includes but is not limited to any item bearing the Depositor's name, logo or advertisement as well as any packaging materials used to build kits or special shipping configurations.
    (b) Normal storage and handling charges will apply when the Depositor furnishes the supplies.
    (c) When supplies and incidentals are furnished by the Warehouse the standard pricing will be: Cost plus REDACTED markup.

4. SPECIFIC CHARGES AND SERVICES
    (a) All "Will-Call" orders need to be picked up within two business days from when the shipment is ready.
    (b) Inbound Deliveries will be processed and received into inventory within 24 hours of offloading.
    (c) Special Orders, such as EDI Transactions, Labeling, etc. may require additional time to prepare the order for shipping.
    (d) Standard Orders received before 11:30 A.M. PST will be ready for pickup at 3:30 P.M.
    (e) Standard Orders received after 11:30 A.M. PST will be ready for pickup at 11:30 A.M. the next business day.

Exhibit 6 Page 7 of 8

Initials _LS_ / ____

Depositor/Arion

Case 2:19-cv-04627-CJC-JEM   Document 13-6   Filed 07/25/19   Page 9 of 9   Page ID #:75



5. DISCLOSURES

   (a) Arion Service Solutions shall not be liable for any damage, injury, loss to goods however caused unless the loss or injury results from the direct failure of Arion Service Solutions to exercise such care in regards to goods as reasonable careful experienced warehouse person would exercise under like circumstances, and Arion Service Solutions is not liable for damages that could not have been avoided by the exercise of such reasonable care. Depositor will be supplied with Arion Service Solutions copy of certificate of insurance for Warehouse Legal Liability Insurance (See Standard Contract Terms and Conditions for Warehouse, Section 13).

   (b) Arion Service Solutions limits liability on all Charge Backs to [REDACTED] of the monthly handling and storage charge for the products shipped on the order incurring the Charge Back.

   (c) Arion Service Solutions shall be entitled to a security lien against any goods up to the total amount of any outstanding balance. (See Standard Contract Conditions and Terms for Warehouse, Section 23).

   (d) Charges are based upon the product profiles provide by the Depositor requesting the proposal. Charges may change if actual product profiles and services requested differ from one submitted, such as but not limited to annual inventory turns, product dimensions, stack height and weight. Product profiles attached are part of this Contract and Rate Quotation.

   (e) The act of receiving goods on behalf of the Depositor will constitute acceptance of this contract and rate proposal, (See Standard Contract Conditions and Terms for Warehouse, Section 2).

6. THE ABOVE CONTRACT AND RATE QUOTATION IS HEREBY ACCEPTED AND TERMS HEREIN AGREED TO:

| **Arion Service Solutions** | **Depositor** |
|---|---|
| *[signature]* | *LIANG SHAO* |
| Signature | Signature |
| | |
| John S.M. Chang | LIANG SHAO |
| Print Name | Print Name |
| | |
| President | General Manager |
| Title | Title |
| | |
| | April 25, 2018 |
| Date | Date |

8

Exhibit 6 Page 8 of 8