ZHENG LIU (SBN: 229311)
RIMON P.C.
800 Oak Grove Avenue Suite, 250
Menlo Park, California   94025
Telephone/Facsimile: (650) 461-4433

ERIC C. COHEN (Pro Hac Vice Forthcoming)
eric.cohen@rimonlaw.com
LETAO QIN (Pro Hac Vice Forthcoming)
letao.qin@rimonlaw.com
RIMON P.C.
2530 Meridian Parkway, #300
Durham, North Carolina   27713
Telephone/Facs2imile: 919.241.7495

Attorney for Defendant MOTI 5, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENGDU FURINKAZAN AUTOMOBILE SERVICE CO., LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> MOTI 5, INC.; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:19-cv-04627-CJC-JEM <br><br> **NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING DEFENDANT MOTI 5, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE, AND NO PERSONAL SERVICE** <br><br> Date:           September 9, 2019 <br> Time:          1:30 p.m. <br> Place:         Courtroom 7C <br><br> The Honorable Cormac J. Carney |

PLEASE TAKE NOTICE that Defendant Moti 5, Inc. hereby lodges the attached [Proposed] Order Granting Defendant Moti 5, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue, and No Personal Service.

DATED: July 26, 2019

Respecfully submitted,

RIMON, P.C.

By: /s/ Zheng Liu
Zheng Liu (SBN: 94103)
zheng.liu@rimonlaw.com
RIMON P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone/Facsimile: 650.461.4433

Eric C. Cohen (Pro Hac Vice forthcoming)
eric.cohen@rimonlaw.com
Letao Qin (Pro Hac Vice forthcoming)
letao.qin@rimonlaw.com
RIMON P.C.
2530 Meridian Parkway, #300
Durham, North Carolina   27713
Telephone/Facs2imile: 919.241.7495

Attorneys for *Defendants*
MOTI 5, Inc.